UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK,

        Plaintiff,        07 CIV 6421 (PAC)(THK)
                                          ECF CASE
  -against-

ADVANCE OCEAN INC., NIPPON YUSEN        **RULE 7.1 STATEMENT**
KAISHA, NYK LINE (NORTH AMERICA)
INC., BURLINGTON NORTHERN SANTA FE
CORPORATION,

        Defendants.
-------------------------------------------------------------X

    PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH ARE PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION: AMERICAN FINANCIAL GROUP INC.

Dated:   July 11, 2007

                                            KINGSLEY, KINGSLEY & CALKINS
                                            Attorneys for Plaintiff


                                            BY:____/S/_____
                                                HAROLD M. KINGSLEY
                                                91 W. Cherry Street
                                                Hicksville, New York 11801
                                                (516) 931-0064