# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK,

Plaintiff,

V.

ADVANCE OCEAN INC., NIPPON YUSEN
KAISHA, NYK LINE (NORTH AMERICA)
INC., BURLINGTON NORTHERN SANTA
FE CORPORATION,

Defendants.

**SUMMONS IN A CIVIL CASE**

07 CIV 6421

CASE NUMBER:

JUDGE CROTTY

TO: (Name and address of defendant)

ADVANCE OCEAN INC.
147-48 182ND STREET
JAMAICA, NEW YORK 11413

NIPPON YUSEN KAISHA
c/o NYK LINE (NORTH AMERICA)
300 LIGHTING WAY, FL. 4 & 5
SEACUCUS, NEW JERSEY 07094

NYK LINE (NORTH AMERICA)
300 LIGHTING WAY, FL. 4 & 5
SEACUCUS, NEW JERSEY 07094

BURLINGTON NORTHERN SANTA FE CORPORATION
2650 LOU MENK DRIVE
FORT WORTH, TEXAS 76131

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY** (name and address)

KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
(516) 931-0064
(HK 8660)

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUL 16 2007

CLERK  J. MICHAEL MCMAHON                    DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 7-24-07 |
|---|---|
| NAME OF SERVER (PRINT) Kay Crowell | TITLE Deputy Constable |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 2650 Lou Menk BNSFR by delivering to: Jeffrey T Williams Sen General Attorney

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 50.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-24-07
Date

Signature of Server: Kay Crowell

TARRANT COUNTY, TEXAS
CONSTABLE PRECINCT 1
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.