# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK,

    Plaintiff,

V.

ADVANCE OCEAN INC., NIPPON YUSEN
KAISHA, NYK LINE (NORTH AMERICA)
INC., BURLINGTON NORTHERN SANTA
FE CORPORATION,

    Defendants.

**SUMMONS IN A CIVIL CASE**

07 CIV 6421

CASE NUMBER:

JUDGE CROTTY

TO: (Name and address of defendant)

ADVANCE OCEAN INC.
147-48 182ND STREET
JAMAICA, NEW YORK 11413

NIPPON YUSEN KAISHA
c/o NYK LINE (NORTH AMERICA)
300 LIGHTING WAY, FL. 4 & 5
SEACUCUS, NEW JERSEY 07094

NYK LINE (NORTH AMERICA)
300 LIGHTING WAY, FL. 4 & 5
SEACUCUS, NEW JERSEY 07094

BURLINGTON NORTHERN SANTA FE CORPORATION
2650 LOU MENK DRIVE
FORT WORTH, TEXAS 76131

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY** (name and address)

KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
(516) 931-0064
(HK 8660)

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUL 16 2007

CLERK  J. MICHAEL MCMAHON    DATE

(BY) DEPUTY CLERK  /s/ Marcos Quintero

# Hudson County Sheriff's Office
## AFFIDAVIT OF SERVICE

Service # 1 of 2 Services
Docket # 07-CIV-6421(PAC)
Sheriff's # **OS 119805**

Plaintiff    GREAT AMERICAN INSURANCE COMPANY OF NEW YORK

Defendant  ADVANCE OCEAN INC.

US District
New York
SOUTHERN

Person/Corporation to Serve
**NIPPON YUSEN KAISHA C/O NYK LINE ( NORTH AMERICA)**
300 LIGHTING WAY, FL. 4&5
SECAUCUS, NJ
Alternate Address

Paper
SUMMONS/COMPLAINT

I, JOSEPH T. CASSIDY, SHERIFF OF HUDSON COUNTY DO HEREBY DEPUTIZE AND APPOINT
P. HUTTO A DULY SWORN OFFICER TO EXECUTE AND RETURN THE
DOCUMENTS ACCORDING TO LAW.

Date of Action 7/30/2007
Time of Action
Attempts    DATE    TIME

Defendant  NIPPON YUSEN KAISHA C/O NYK LINE ( NORTH AMER
300 LIGHTING WAY, FL. 4&5
SECAUCUS, NJ

Delivered To JOEY FAGARITO
Relationship MANAGING AGENT

Race ASIAN   Sex M   Height 5'6   Weight 150   Eyes BRO   Hair BLAC   Age 48   Military No

Type of Action SERVED CORPORATION'S MANAGING AGENT AT PLACE OF BUSINESS

I, P. HUTTO WAS ABLE TO SERVE THE WITHIN DOCUMENTS AND/OR A TRUE COPY THEREOF.

s/o P. Hutto                                         8/6/07
P. HUTTO                                              DATED

KINGSLEY, KINGSLEY & CALKINS
91 W. CHERRY STREET
HICKSVILLE, NY 11801

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 6th DAY OF Aug 20 07

CAROL DRANSKY
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 8/31/2011
ID No. 2192169