# United States District Court

SOUTHERN    DISTRICT OF    NEW YORK

GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK,

Plaintiff,

V.

ADVANCE OCEAN INC., NIPPON YUSEN
KAISHA, NYK LINE (NORTH AMERICA)
INC., BURLINGTON NORTHERN SANTA
FE CORPORATION,

Defendants.

**SUMMONS IN A CIVIL CASE**

07 CIV 6421

CASE NUMBER:

JUDGE CROTTY

TO:   (Name and address of defendant)

ADVANCE OCEAN INC.
147-48 182ND STREET
JAMAICA, NEW YORK 11413

NIPPON YUSEN KAISHA
c/o NYK LINE (NORTH AMERICA)
300 LIGHTING WAY, FL. 4 & 5
SEACUCUS, NEW JERSEY 07094

NYK LINE (NORTH AMERICA)
300 LIGHTING WAY, FL. 4 & 5
SEACUCUS, NEW JERSEY 07094

BURLINGTON NORTHERN SANTA FE CORPORATION
2650 LOU MENK DRIVE
FORT WORTH, TEXAS 76131

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY** (name and address)

KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
(516) 931-0064
(HK 8660)

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUL 16 2007

CLERK  J. MICHAEL MCMAHON          DATE

(BY) DEPUTY CLERK  /s/ Marcos Quintero

# Hudson County Sheriff's Office
## AFFIDAVIT OF SERVICE

Service #  2 of 2 Services
Docket #    07-CIV-6421 (PAC)
Sheriff's #  **OS 119805**

Plaintiff    GREAT AMERICAN INSURANCE COMPANY OF NEW YORK

Defendant  ADVANCE OCEAN INC.

US District
New York
SOUTHERN

Person/Corporation to Serve
**NYK LINE (NORTH AMERICA)**

Paper
SUMMONS/COMPLAINT

300 LIGHTING WAY, FL. 4&5
SECAUCUS, NJ
Alternate Address

I, JOSEPH T. CASSIDY, SHERIFF OF HUDSON COUNTY DO HEREBY DEPUTIZE AND APPOINT
P. HUTTO A DULY SWORN OFFICER TO EXECUTE AND RETURN THE
DOCUMENTS ACCORDING TO LAW.

Date of Action 8/2/2007
Time of Action
Attempts    DATE    TIME

Defendant   NYK LINE (NORTH AMERICA)
            300 LIGHTING WAY, FL. 4&5
            SECAUCUS, NJ

Delivered To  JOEY FAGARITO
Relationship  MANAGING AGENT

Race ASIAN   Sex M   Height 5'6   Weight 150   Eyes BRO   Hair BLAC   Age 48   Military NO

Type of Action  SERVED CORPORATION'S MANAGING AGENT AT PLACE OF BUSINESS

I, P. HUTTO WAS ABLE TO SERVE THE WITHIN DOCUMENTS AND/OR A TRUE COPY THEREOF.

s/o  P. Hutto                              8/6/07
         P. HUTTO                          DATED

KINGSLEY, KINGSLEY & CALKINS
91 W. CHERRY STREET
HICKSVILLE, NY 11801

CAROL BRANSKY
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 8/27/2011
ID No. 2192163

SWORN AND SUBSCRIBED TO BEFORE ME
THIS ___ DAY OF _____ 20__

Carol Bransky