# United States District Court

SOUTHERN  DISTRICT OF  NEW YORK

GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,

Plaintiff,

V.

ADVANCE OCEAN INC., NIPPON YUSEN KAISHA, NYK LINE (NORTH AMERICA) INC., BURLINGTON NORTHERN SANTA FE CORPORATION,

Defendants.

**SUMMONS IN A CIVIL CASE**

07 CIV 6421

CASE NUMBER:

JUDGE CROTTY

TO:  (Name and address of defendant)

| ADVANCE OCEAN INC. | NIPPON YUSEN KAISHA | NYK LINE (NORTH AMERICA) |
| 147-48 182ND STREET | c/o NYK LINE (NORTH AMERICA) | 300 LIGHTING WAY, FL. 4 & 5 |
| JAMAICA, NEW YORK 11413 | 300 LIGHTING WAY, FL. 4 & 5 | SEACUCUS, NEW JERSEY 07094 |
| | SEACUCUS, NEW JERSEY 07094 | |

BURLINGTON NORTHERN SANTA FE CORPORATION
2650 LOU MENK DRIVE
FORT WORTH, TEXAS 76131

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY** (name and address)

KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
(516) 931-0064
(HK 8660)

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUL 16 2007

CLERK  J. MICHAEL MCMAHON          DATE

(BY) DEPUTY CLERK

GREAT AMERICAN INSURANCE COMPANY OF NEW YORK

Plaintiff(s)

- against -

ADVANCE OCEAN INC., ETAL

Defendant(s)

Index # 07 CIV 6421 (CROTTY)

Purchased July 16, 2007
File # 37 (D) / GA-7821

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CARLOS CASTRO BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 27, 2007 at 11:33 AM at

147-48 182ND STREET
JAMAICA, NY 11413

deponent served the within SUMMONS AND COMPLAINT on ADVANCE OCEAN INC. therein named,

CORPORATION  a DOMESTIC corporation by delivering thereat a true copy of each to MR. SCOTT personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 30 | 6'0 | 180 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: August 28, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

**CARLOS CASTRO**
License #: 1021960
Invoice #: 444589

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728