UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK,

        Plaintiff,                                      07 CIV 6421 (PAC)(THK)

- against -

ADVANCE OCEAN INC., NIPPON YUSEN
KAISHA, NYK LINE (NORTH AMERICA) INC.,
BURLINGTON NORTHERN SANTA FE
CORPORATION, BNSF RAILWAY COMPANY,
THE BURLINGTON NORTHERN AND SANTA FE
RAILWAY COMPANY,

        Defendants.
------------------------------------------------------------X

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for defendants BURLINGTON NORTHERN SANTA FE CORPORATION, BNSF RAILWAY COMPANY, THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a private non-governmental party, certifies that the following are corporate parents, subsidiaries, or affiliates of said party which are publicly held:

See attached list

447917.1 DocsNY

Dated:       September 11, 2007

                                        Respectfully submitted,

                                        LANDMAN CORSI BALLAINE & FORD P.C.

                        By:    _____
                                        Ronald E. Joseph (RJ 9302)
                                        Attorneys for Defendant
                                        BURLINGTON NORTHERN SANTA FE
                                        CORPORATION, BNSF RAILWAY COMPANY,
                                        THE BURLINGTON NORTHERN AND SANTA
                                        FE RAILWAY COMPANY
                                        120 Broadway, 27th Floor
                                        New York, New York 10271-0079
                                        (212) 238-4800

TO:        KINGSLEY KINGSLEY & CALKINS
           Attorneys for Plaintiff
           91 West Cherry Street
           Hicksville, New York 11801
           (516) 931-0064

447917.1 DocsNY



## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

**Jennifer Turro**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at ROCKVILLE CENTRE, NEW YORK.

That on the 11th day of September 2007, deponent served the within **RULE 7.1 STATEMENT**

upon

        KINGSLEY KINGSLEY & CALKINS
        Attorneys for Plaintiff
        91 West Cherry Street
        Hicksville, New York 11801
        (516) 931-0064

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                                                    JENNIFER TURRO

Sworn to before me this
11th day of September, 2007

Notary

MIRIAM DEIKUN
Notary Public, State of New York
No. 01DE6141377
Qualified in Queens County
Commission Expires February 21, 20_10_

447879.1 DocsNY