UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK,

        Plaintiff,                                      07 CIV 6421 (PAC)(THK)

    - against -

ADVANCE OCEAN INC., NIPPON YUSEN
KAISHA, NYK LINE (NORTH AMERICA) INC.,
BURLINGTON NORTHERN SANTA FE
CORPORATION, BNSF RAILWAY COMPANY,
THE BURLINGTON NORTHERN AND SANTA FE
RAILWAY COMPANY,

        Defendants.
------------------------------------------------------------X

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for defendants NIPPON YUSEN KAISHA, NYK LINE (NORTH AMERICA) INC., a private non-governmental party, certifies that the following are corporate parents, subsidiaries, or affiliates of said party which are publicly held:

    Nippon Yusen Kaisha, Ltd.

Dated:   New York, New York
         September 24, 2007

                              Respectfully submitted,

                              LANDMAN CORSI BALLAINE & FORD P.C.

                By:      _____
                              Ronald E. Joseph (RJ 9302)
                              Attorneys for Defendants
                              NIPPON YUSEN KAISHA, NYK LINE (NORTH
                              AMERICA) INC.
                              120 Broadway, 27th Floor
                              New York, New York 10271-0079
                              (212) 238-4800

TO:   KINGSLEY KINGSLEY & CALKINS
      Attorneys for Plaintiff
      91 West Cherry Street
      Hicksville, New York 11801
      (516) 931-0064

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK    )

    **MIRIAM DEIKUN**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at QUEENS, NEW YORK.

    That on the 24th day of September, 2007, deponent served the within **RULE 7.1 STATEMENT**

upon

        Kingsley Kingsley & Calkins
        91 West Cherry Street
        Hicksville, NY 11801

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                                                      Miriam Deikun

Sworn to before me this
24th day of September 2007

Notary

JELENA BRIGIDA
Notary Public, State of New York
No. 01BR6156932
Qualified in Kings County
Commission Expires Dec. 4, 2010