# United States District Court

SOUTHERN DISTRICT OF NEW YORK

GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK,

Plaintiff,

V.

ADVANCE OCEAN INC., NIPPON YUSEN
KAISHA, NYK LINE (NORTH AMERICA)
INC., BURLINGTON NORTHERN SANTA
FE CORPORATION,

Defendants.

**SUMMONS IN A CIVIL CASE**

07 CIV 6421

CASE NUMBER:

JUDGE CROTTY

TO: (Name and address of defendant)

| | | |
|---|---|---|
| ADVANCE OCEAN INC.<br>147-48 182ND STREET<br>JAMAICA, NEW YORK 11413 | NIPPON YUSEN KAISHA<br>c/o NYK LINE (NORTH AMERICA)<br>300 LIGHTING WAY, FL. 4 & 5<br>SEACUCUS, NEW JERSEY 07094 | NYK LINE (NORTH AMERICA)<br>300 LIGHTING WAY, FL. 4 & 5<br>SEACUCUS, NEW JERSEY 07094 |

BURLINGTON NORTHERN SANTA FE CORPORATION
2650 LOU MENK DRIVE
FORT WORTH, TEXAS 76131

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY** (name and address)

KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
(516) 931-0064
(HK 8660)

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUL 16 2007

CLERK   J. MICHAEL MCMAHON                              DATE

(BY) DEPUTY CLERK  /s/ Tarios Quintero

Attorney or Party without Attorney:
KINGSLEY KINGSLEY & CALKINS

91 W. CHERRY ST.,
HICKSVILLE, NY 11801

Case No: 07CIV6421
Doc. No: 3330711210123

COUNTY OF LOS ANGELES   SHERIFF'S DEPARTMENT   STATE OF CALIFORNIA
Court: DISTRICT    County: SOUTHERN DISTRICT    State: NEW YORK
GREAT AMERICAN INSURANCE VS ADVANCE OCEAN, INC.

AFFIDAVIT OF SERVICE

I certify that MILISSA A. BARRON
being first duly sworn, deposes and says: That he is a regularly appointed, qualified deputy Sheriff of the said County of Los Angeles, in the State of California, and over the age of twenty-one years, not a party to the action or related to either party, nor an attorney for a party, nor in any way interested in the within named action, and authorized to serve civil process
       GREAT AMERICAN INSURANCE COMPANY OF NEW YORK VS.
       ADVANCE OCEAN INC., ET AL

On 11/27/07 at 11:07 AM and that he served the same on the defendant and/or respondent named below, on the date indicated, by delivering to and leaving with said defendant and/or respondent in the County of Los Angeles, State of California, personally, a true and correct copy thereof, with all notices and endorsements thereon, in the manner and the place and time shown below:

1. Name: ADVANCE OCEAN INC.

2. Person served and title:
      MICHAEL LAM, AUTHORIZED AGENT

3. Person with whom left and title or relationship to person served:

4. Date and time of delivery
      11:07 AM
      11/27/07

5. Mailing date, type of mail and place of mailing

6. Address, city and state:
      9040 TELSTAR AVE.,
      EL MONTE, CA 91731

      ( ) Home       ( X ) Business

7. Manner of Service:

   ( X ) (Personal Service) by personally delivering true copies to the person, firm or corporation served.
   (   ) With endorsement of name, place of service and official title on copy served.
   (   ) With required notice written or printed on the face of the process served.
   (   ) Affiant showed the original process to the defendant at the time of such service.

   ( X ) (Identification) was made as to the identify of the person so served was as follows:
   (   ) Photograph of the defendant attached to the process and furnished by the plaintiff herein and made a part of this affidavit.
   ( X ) Sex: M   Race: ASIAN        Hair: BLACK        Age:
        Weight: 160   Height: 5 Ft. 6 Ins.
        Drivers Lic:                     Other: DOB 9-21-60

   ( X ) (Military Service) That at the time of service of process, defendant stated he/she is not in the military service.

8. FEE FOR SERVICE:$ 30.00
       NOTARY:            COUNTY CLERK:            TOTAL:$ 30.00

Deputy MILISSA A. BARRON
SHERIFF'S OFFICE                      LEROY D. BACA, SHERIFF
11234 E. VALLEY BLVD ROOM 114
EL MONTE, CA 91731                    By:_____
(626)575-4180                                                   Deputy Sheriff

On _____, the undersigned personally appeared and is known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that (s)he executed the same in their official capacity and that by their signature on the instrument, (s)he executed the instrument.
_____
Notary Public in and for the County of
Los Angeles, State of California