11740-PAJ

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
**GREAT AMERICAN INSURANCE COMPANY** :
**OF NEW YORK,** :
                        **Plaintiff,** :   07 CIV 6421 (PAC) (THK)
    v. :
 :
**ADVANCE OCEAN INC., NIPPON YUSEN** :   NOTICE PURSUANT
**KAISHA, NYK (NORTH AMERICA) INC.,** :   FED. R. CIV. P. 7.1
**BURLINGTON NORTHERN SANTA FE** :
**CORPORATION, BNSF RAILWAY COMPANY,** :
**THE BURLINGTON NORTHERN AND SANTA** :
**FE RAILWAY COMPANY,** :
                        **Defendants.** :
---------------------------------------------------------------- x

      Defendant, **ADVANCE OCEAN INC.**, by its attorneys, **JUNGE & MELE, LLP**, pursuant to the Fed. R. Civ. P. 7.1(a), hereby states that it is not a parent, subsidiary or affiliate of a publicly traded corporation.

      Pursuant to the Fed. R. Civ. P. 7.1(b)(2), a supplemental statement shall be filed promptly upon any change in the above information.

Dated in the City of New York on January 2, 2008

                                      Respectfully submitted,
                                      JUNGE & MELE, LLP
                                      Attorneys for Defendant
                                      *Advance Ocean Inc.*

                                      /s/ Peter A. Junge
                              By_____
                                      Peter A. Junge (PJ-0745)
                                      29 Broadway - 9th Floor
                                      New York, NY 10006
                                      (212) 269-0061