*11740-PAJ*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------- x

GREAT AMERICAN INSURANCE      :      07 CIV 6421 (PAC) (THK)
COMPANY OF NEW YORK,      :

                **Plaintiff,**     :      **ANSWER TO AMENDED**

        **v.**                      :      **COMPLAINT WITH**

                            :      **CROSS-CLAIMS**

ADVANCE OCEAN INC., NIPPON YUSEN     :
KAISHA, NYK (NORTH AMERICA) INC.,     :
BURLINGTON NORTHERN SANTA FE     :    <u>**ANSWERING DEFENDANT**</u>
CORPORATION, BNSF RAILWAY       :    <u>**DEMANDS TRIAL BY JURY**</u>
COMPANY, THE BURLINGTON         :
NORTHERN AND SANTA FE RAILWAY     :
COMPANY,                           :

                 **Defendants.**    :

----------------------------------------------------------- x

       Defendant, **ADVANCE OCEAN INC.,** by its attorneys, **JUNGE & MELE,**

**LLP**, as its Answer to the Amended Complaint of Plaintiff, **GREAT AMERICAN**

**INSURANCE COMPANY OF NEW YORK**, and Cross-Claiming against Defendants,

**NIPPON YUSEN KAISHA, NYK (NORTH AMERICA) INC., BURLINGTON**

**NORTHERN SANTA FE CORPORATION, BNSF RAILWAY COMPANY, THE**

**BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY,** alleges as

follows:

       **FIRST**:      Answering Defendant denies knowledge and information sufficient

to form a belief as to the matters set forth in paragraphs "1," "3" and "4" of the Amended

Complaint.

**SECOND:** Answering Defendant denies the allegations contained in paragraphs "2" and "5" of the Amended Complaint.

## AS AND FOR ITS AFFIRMATIVE DEFENSES
## ANSWERING DEFENDANT ALLEGES AS FOLLOWS:

### FIRST AFFIRMATIVE DEFENSE

The Court lacks personal jurisdiction over Answering Defendant and/or this action is subject to arbitration pursuant to the governing charter party or documents of carriage.

### SECOND AFFIRMATIVE DEFENSE

The Amended Complaint fails to state a cause of action or fails to state claims upon which relief can be granted as against Answering Defendant.

### THIRD AFFIRMATIVE DEFENSE

Some or all of the claims alleged in the Amended Complaint are due to the active fault, neglect, negligence, and breach of express or implied contract by co-Defendants or other third parties.

### FOURTH AFFIRMATIVE DEFENSE

If carriage of Plaintiff's cargo was effected pursuant to any statutory enactment, Answering Defendant is without responsibility, or its liability is limited by the package or weight limitation, or other limitations, for the loss or damage alleged by Plaintiff in its Amended Complaint.

## FIFTH AFFIRMATIVE DEFENSE

Answering Defendant was merely a freight forwarder and did not receive, transport or carry Plaintiff's cargo, and as such, is without any liability to any of the parties herein.

## SIXTH AFFIRMATIVE DEFENSE

Any loss or damage to Plaintiff's cargo was due to inherent vice, and/or acts of the shipper, owner of the cargo or third parties, for which Answering Defendant may not be held responsible.

## SEVENTH AFFIRMATIVE DEFENSE

If Plaintiff sustained any losses as alleged in the Amended Complaint, said losses arose out of and were caused by risks, dangers and hazards, all of which were open, obvious and assumed by shipper, Plaintiff or owners of the cargo.

## EIGHTH AFFIRMATIVE DEFENSE

If Plaintiff sustained any loss or damages, as alleged in the Amended Complaint, said damages were caused solely by its own or shipper's negligence, or that of their agents, servants or employees, and were not caused or contributed to in any manner by the alleged negligence, breach of express contracts or breach of warranty of Answering Defendant.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff failed to take all reasonable steps to minimize its damages.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff's damages are limited pursuant to the terms and conditions of any contracts of carriage entered into with respect to the subject cargo.

## ELEVENTH AFFIRMATIVE DEFENSE

Answering Defendant is or was an agent for a fully disclosed principal.

## CROSS-CLAIMS AGAINST CO-DEFENDANTS
## NIPPON YUSEN KAISHA, NYK (NORTH AMERICA) INC., BURLINGTON
## NORTHERN SANTA FE CORPORATION, BNSF RAILWAY COMPANY, THE
## BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY

**FIRST**:     If Answering Defendant is found liable to Plaintiff in this action by way of verdict, judgment or settlement, such liability, if any, in whole or in part, would be due to the active and primary fault, neglect and negligence and/or breach of express and implied contract on the part of **NIPPON YUSEN KAISHA, NYK (NORTH AMERICA) INC., BURLINGTON NORTHERN SANTA FE CORPORATION, BNSF RAILWAY COMPANY, THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY,** one of them, some of them, or all of them, without any fault, neglect, negligence and/or breach of express or implied contract by Answering Defendant contributing thereto.

**SECOND**:   By reason of the foregoing, Answering Defendant demands indemnification and/or contribution from said co-Defendants, **NIPPON YUSEN KAISHA, NYK (NORTH AMERICA) INC., BURLINGTON NORTHERN SANTA FE CORPORATION, BNSF RAILWAY COMPANY, THE BURLINGTON**

**NORTHERN AND SANTA FE RAILWAY COMPANY,** one of them, some of them,

or all of them, for any such verdict, judgment or settlement which may be rendered

against it, including reasonable counsel fees necessary to defend this action.

  **WHEREFORE,** Answering Defendant demands that the Amended Complaint

herein be dismissed with costs and disbursements to Answering Defendant as against the

Plaintiff, and in the alternative, that Answering Defendant have judgment on its Cross-

Claims against co-Defendants, one of them, some of them, or all of them, including

reasonable counsel fees necessary to defend this action, together with costs and

disbursements, and that the Court grant such other, further and different relief as the

justice of the cause may require.

Dated in the City of New York on January 2, 2008

       Respectfully submitted,

       JUNGE & MELE, LLP
       *Attorneys for Defendant*
       *Advance Ocean Inc.*

        /s/ Peter A. Junge
      By_____
       Peter A. Junge (PJ-0745)
       29 Broadway - 9th Floor
       New York, NY 10006
       (212) 269-0061