11740-PAJ

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, | 07 CIV 6421 (PAC) (THK) |
| Plaintiff, | |
| v. | |
| ADVANCE OCEAN INC., NIPPON YUSEN KAISHA, NYK (NORTH AMERICA) INC., BURLINGTON NORTHERN SANTA FE CORPORATION, BNSF RAILWAY COMPANY, THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, | ANSWER TO CROSS-CLAIMS |
| Defendants. | |

------------------------------------------------------------ x

Defendant, **ADVANCE OCEAN INC.**, by its attorneys, **JUNGE & MELE, LLP**, hereby sets forth the following as its Answer to the Cross-Claims of Defendants, **BURLINGTON NORTHERN SANTA FE CORPORATION, BNSF RAILWAY COMPANY, THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY**:

**FIRST**: Answering Defendant repeats and re-alleges each and every admission, denial and defense set forth in its Answer to the Amended Complaint with Cross-Claims, as if more fully set forth at length herein.

**SECOND**: Answering Defendant denies each and every allegation contained in paragraphs "TWENTY-SIXTH," "TWENTY-SEVENTH"and "TWENTY-EIGHTH" in the "FIRST CROSS-CLAIM" and "SECOND CROSS-CLAIM" of Defendants,

BURLINGTON NORTHERN SANTA FE CORPORATION, BNSF RAILWAY COMPANY, THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY.

**WHEREFORE,** Answering Defendant demands that the Cross-Claims be dismissed with costs to Answering Defendant as against cross-claiming Defendants, and that the Court grant such other, further and different relief as the justice of the cause may require.

Dated in the City of New York on January 2, 2008

                Respectfully submitted,

                JUNGE & MELE, LLP
                *Attorneys for Defendant*
                *Advance Ocean Inc.*

                /s/ Peter A. Junge
By_____
                Peter A. Junge (PJ-0745)
                29 Broadway - 9th Floor
                New York, NY 10006
                (212) 269-0061