*11740-PAJ*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
GREAT AMERICAN INSURANCE : 07 CIV 6421 (PAC) (THK)
COMPANY OF NEW YORK, :
                   **Plaintiff,** :
      v. :
                                       : NOTICE OF MOTION
ADVANCE OCEAN INC., NIPPON YUSEN : TO DISMISS
KAISHA, NYK (NORTH AMERICA) INC., : AMENDED COMPLAINT
BURLINGTON NORTHERN SANTA FE :
CORPORATION, BNSF RAILWAY :
COMPANY, THE BURLINGTON :
NORTHERN AND SANTA FE RAILWAY :
COMPANY, :
                   **Defendants.** :
------------------------------------------------------------ x

| | |
|---|---|
| **MOTION BY:** | Defendant, Advance Ocean Inc. |
| **PLACE, DATE & TIME OF MOTION:** | Before the Honorable Paul A. Crotty, United States District Judge, at the U.S. Courthouse, 500 Pearl Street, New York, NY 10007, at a hearing date to be determined by the Court in the event it requests oral argument. |
| **SUPPORTING PAPERS:** | 1. Declaration of Esther Helen Lee, dated January 31, 2008; and<br>2. Memorandum of Law in Support of Motion. |
| **RELIEF REQUESTED**: | An order dismissing the Amended Complaint for failure to state a claim upon which relief can be granted, or alternatively, for lack of personal jurisdiction under, respectively, Fed. R. Civ. P. Rules 12(b)(6) and 12(b)(2). |
| **OPPOSING PAPERS**: | Opposing papers are to be filed in accordance with the Court's Scheduling Order dated January 17, 2008. |

Dated in the City, County & State of New York on February 1, 2008

                Respectfully submitted,

                JUNGE & MELE, LLP
                *Attorneys for Defendant - Advance Ocean Inc.*

                /s/ Peter A. Junge
By_____
                Peter A. Junge (PJ-0745)
                29 Broadway
                New York, NY 10006
                (212) 269-0061

To: All Counsel via ECF