EXHIBIT 1



# Advance Ocean Singapore Pte Ltd

Home | Our Services | About Us | Our Clients | Contact Us



Our Strength Lies on Our People

## Our Services



We provide supply chain solutions and the operational support for international shipping to major ports and airports around the world. To be truly effective in creating cost-savings for customers, we have committed special efforts into developing the traffic lanes between Singapore and the following countries:

- United States of America
- The Netherlands
- Belgium
- Australia
- Middle East
- China
- IndoChina
- South East Asia

Our consolidation units between these sectors and Asia are competitively priced and our service standards are consistently responsive.



Contact us for more information.

(c) copyright 2002 & beyond. All rights reserved. AOI.




## Contact Us

### Singapore Office:

Advance Ocean Singapore Pte Ltd
7 Keppel Road #03-38
Tanjong Pagar Complex
Singapore 089053
Tel: (65) 6226 5035
Fax: (65) 6226 5202
Email: aois@advanceocean.com

**Contact persons:**

**Mr Ben Cheung**
Director, *Operations*
Tel: (65) 90618187
ben@advanceocean.com

**Mr Kelvin Ho**
Director,
*Business Development*
Tel: (65) 90077907
Kelvin@advanceocean.com

**Ms Heidi Quah**
Project Manager
Tel: (65) 6226 5035
project@advanceocean.com

**Ms Jennifer Ng**
Operations Manager
Tel: (65) 6226 7048
jenn@advanceocean.com

### USA Office:

**Advance Ocean Inc. (Los Angeles)**
15358 Valley Boulevard
City of Industry, CA 91746, USA
Tel: (626) 968 9668
Fax: (626) 968 8168

**Advance Ocean Inc. (New York)**
147-48, 182nd Street, 2nd Floor, Jamaica
NY 11413, USA
Tel: (718) 656 0831
Fax: (718) 656 0579

### We welcome all your enquiries!!!

(c) copyright 2002 & beyond. All rights reserved. AOI.