EXHIBIT 2

# NYS Department of State

## Division of Corporations

## Entity Information

Selected Entity Name: ADVANCE OCEAN (NY), INC.

Selected Entity Status Information

**Current Entity Name:** ADVANCE OCEAN (NY), INC.
**Initial DOS Filing Date:** APRIL 16, 1999
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
ADVANCE OCEAN (NY), INC.
148-36 GUY R. BREWER BLVD
SUITE 222
JAMAICA, NEW YORK, 11434

**Chairman or Chief Executive Officer**
PATRICK MOI
67-42 215TH ST
BAYSIDE, NEW YORK, 11364

**Principal Executive Office**
ADVANCE OCEAN (NY), INC.
148-36 GUY R. BREWER BLVD
SUITE 222
JAMAICA, NEW YORK, 11434

**Registered Agent**
NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results                    New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page

# NYS Department of State

## Division of Corporations

### Entity Information

---

Selected Entity Name: ADVANCE OCEAN INC.

Selected Entity Status Information

**Current Entity Name:**  ADVANCE OCEAN INC.
**Initial DOS Filing Date:** JULY 18, 2007
**County:**  QUEENS
**Jurisdiction:**  NEW YORK
**Entity Type:**  DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
ADVANCE OCEAN INC.
147-48 182ND STREET 2ND FLOOR
JAMAICA, NEW YORK, 11413

**Registered Agent**

NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results                         New Search

Division of Corporations, State Records and UCC Home Page     NYS Department of State Home Page



# FEDERAL MARITIME COMMISSION
### 800 North Capitol St. NW, Washington, DC 20573

Main OTI Query Screen                                    IT Listing

Information dated as of : 2/7/2008

Search  Organization Name        is like  Advance Ocean                    [ OK ]  [ Reset ]

**Note:** Select the field you want to search from the above list, type the key word you want to search in the text box and click OK button to see the result. You can also press Ctrl F to search this page.

    FMC-1 OTI/NVOCC Listing

**Note:** Commission regulations permit non-US-based NVOCCs to be licensed or unlicensed (See 46 CFR 515.11, 46 CFR 515.21 by clicking on the Ocean Transportation Intermediaries link). On this listing, unlicensed non-US-based NVOCCs are designated with ** in the License No. field. Licensed non-US-based NVOCCs are included in this list with their license number in the License No. field.

| Org. No. | License No. | Organization Name | NVOCC Trade Name 1 | NVOCC Trade Name 2 | Rider for China Trade (Effective Date) |
|---|---|---|---|---|---|
| 014443 | 014443 | ADVANCE OCEAN INC. | | | |
| 017946 | ** | ADVANCE OCEAN LINE LIMITED | | | |