EXHIBIT 3

**FEDERAL MARITIME COMMISSION**
800 North Capitol St. NW, Washington, DC 20573

Main OTI Query Screen          NVO Listing

Information dated as of : 2/7/2008

Search Organization Name   is like Advance Ocean      [OK]  [Reset]

Note: Select the field you want to search from the above list, type the key word you want to search in the text box and click OK button to see the result. You can also press Ctrl F to search this page.

Note: Commission regulations permit non-US-based NVOCCs to be licensed or unlicensed (See 46 CFR 515.11, 46 CFR 515.21, also Ocean Transportation Intermediary FAQs available on the Commission website under the FAQ and Notices button). On this listing, unlicensed non-US-based NVOCCs are designated with ** in the License No. field. Licensed non-US-based NVOCCs are included in this list with their license number in the License No. field.

| Org. No. | License No. | Organization Name | FF Trade Name 1 | FF Trade Name 2 |
|---|---|---|---|---|