EXHIBIT 5

```
>>>>> I'll let you know what is going to happen.
>>>>>
>>>>> Rgds,
>>>>> Bob
>>>>>
>>>>> -----Original Message-----
>>>>> From: tracyl@aoila.com [mailto:tracyl@aoila.com]
>>>>> Sent: Monday, June 12, 2006 11:01 AM
>>>>> To: Bob Mohn
>>>>> Cc: jason; esther lu
>>>>> Subject: Re: Upcoming booking
>>>>>
>>>>>
>>>>> Hello Bob,
>>>>>     Can you provide me your  full company name, address, Tel and Fax
>>>>> no.
>>>>> So
>>>>> I can create a profile. thanks
>>>>>
>>>>>
>>>>> Regards
>>>>> Tracy
>>>>> ----- Original Message -----
>>>>> From: <tracyl@aoila.com>
>>>>> To: "Bob Mohn" <rmohn@berardino.net>
>>>>> Cc: "jason" <jasonp@aoila.com>; "esther lu" <estherl@aoila.com>
>>>>> Sent: Friday, June 09, 2006 10:42 AM
>>>>> Subject: Re: Upcoming booking
>>>>>
>>>>>
>>>>>> Hello Bob,
>>>>>>     We are pleased to quote you as following rate:
>>>>>>
>>>>>> 20'STD: 3,200/CNTR+BSC+ IFS+DOC
>>>>>> 40'STD: 4,000/CNTR+BSC+ IFS+DOC
>>>>>>
>>>>>> Baf : $ 508.00 /20' and $ 635.00 /40'
>>>>>> IFS : $ 206.00
>>>>>> doc : $ 25.00
>>>>>>
>>>>>>     In meantime, We have made the booking, details as flw:
>>>>>>
>>>>>>     Mv: Nyk Libra v#33
>>>>>>     c/o: 6-19-06 chicago
>>>>>>     etd: 6-27 los Angeles, Ca
>>>>>>     eta: 7-18 Latkrabang
>>>>>>
>>>>>>   pick up : Joliet Logistics Park
>>>>>>   Return  : Joliet Logistics Park
>>>>>>
>>>>>> Pls kindly advise your full company details, so I can input your
>>>>>> infos
>>>>>> our
>>>>>> system and
>>>>>> fax you the booking confirmation.
>>>>>>
>>>>>>
>>>>>> Regards
>>>>>> Tracy
>>>>>> ----- Original Message -----
>>>>>> From: <tracyl@aoila.com>
>>>>>> To: "Bob Mohn" <rmohn@berardino.net>
>>>>>> Cc: "jason" <jasonp@aoila.com>; "esther lu" <estherl@aoila.com>
>>>>>> Sent: Wednesday, June 07, 2006 3:50 PM
>>>>>> Subject: Re: Upcoming booking
```

[Handwritten annotation bracketing the rate quote section: "RATES EMAILED FROM ADVANCE OCEAN"]

3