EXHIBIT 6

HMK/jb GA 7921

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK,

                      Plaintiff,                07 CIV 6421 (PAC)(THK)
                                                         ECF CASE
   -against-

ADVANCE OCEAN INC., NIPPON YUSEN       **INITIAL DISCLOSURES**
KAISHA, NYK LINE (NORTH AMERICA)       **PURSUANT TO**
INC., BURLINGTON NORTHERN SANTA FE     **RULE 26(a)(1)**
CORPORATION, BNSF RAILWAY COMPANY,
THE BURLINGTON NORTHERN AND SANTA
FE RAILWAY COMPANY,

                      Defendants.
------------------------------------------------------------X

      The plaintiff, Great American Insurance Company of New York, by and through its attorneys, Kingsley Kingsley and Calkins, hereby provides its initial disclosure pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

A.     IDENTITY OF INDIVIDUALS

1.     Julia Price, Ben Lombardi, Great American Insurance Co. of New York, 65 Broadway, New York, NY 10006

2.     Daniel H. Boltz, Inland Surveyors Inc., 1741 Colonial Lane, Northfield, IL 60093

3.     Judy Toltzman, Maclean Power Systems, 11411 Addison Street, Franklin Park, IL 60131

B.  **RELEVANT DOCUMENTS**

1.  Inland Surveyors Inc. report of survey no. C 14347-06 DHB, 976-519084 dated May 1, 2007, with photographs
2.  Maclean Power Systems invoice dated July 12, 2006
3.  Maclean Power Systems claim letter to Advance Ocean Inc. dated August 16, 2006
4.  Advance Ocean Inc. booking confirmation letter revised on July 10, 2006
5.  NYK Line booking confirmation letter indicating date booked is June 9, 2006

C.  **COMPUTATION OF DAMAGES**

TO DAMAGE TO INSULATORS:

    Per survey......................................................$ 163,287.04

    Survey...........................................................$   1,746.00

                                    TOTAL =    $165,053.04

D.  **INSURANCE AGREEMENTS**

Plaintiff's insurance will not be called on to indemnify or reimburse for any part of a judgment.

2

PLEASE TAKE NOTICE that Great American Insurance Company of New York will continue to supplement this disclosure as necessary and appropriate when further information becomes available.

Dated: January 21, 2008

                                                      KINGSLEY KINGSLEY & CALKINS
                                                     Attorneys for Plaintiff

                                                     By: _____
                                                         KEVIN T. MURTAGH
                                                         91 W. Cherry Street
                                                         New York, NY 11801
                                                         (516) 931-0064

TO:    LANDMAN CORSI BALLAINE & FORD, ESQS.
        Attorneys for Nippon Yusen Kaisha, NYK (North America) Inc.,
        Burlington Northern Santa Fe Corporation, BNSF Railway Company,
        The Burlington Northern and Santa Fe Railway Company
        120 Broadway, 27th Floor
        New York, NY 10271
        Attn: Arjay G. Yao, Esq.

        JUNGE & MELE, ESQS.
        Attorneys for Advance Ocean, Inc.
        29 Broadway
        New York, NY 10006
        Attn: Peter A. Junge, Esq.



**Inland Surveyors Inc.**
OFFICES IN MILWAUKEE AND CHICAGO

P.O. BOX 8289
1741 COLONIAL LANE
NORTHFIELD, IL 60093-8289
Telephone: 312-329-9881

*Report of Survey*

File Number

C 14347-06 DHB
976-519084

This is to certify that Mr. Daniel H. Boltz, Marine Surveyor, Inland Surveyors, Inc., Chicago, Illinois, did attend, at the request of Mr. Ben Lombardi, Great American Insurance Companies, 65 Broadway, 20th Floor, New York, New York 10006, for and on behalf of that individual and firm and whom it may concern, on a survey of a parcel of cargo reportedly damaged, which cargo was originally being forwarded for the account of

<u>**Thai Electric Development Association Company, Ltd.**</u>
Bangkok, Thailand

Cargo, the interest of this survey, consisting of various electrical insulators, had been sold to Thai Electric Development Association Company, Ltd. and also had been produced by Maclean Power Systems, 11411 Addison Street, Franklin Park, Illinois 60131. Attached to this report and to be considered a part thereof is copy of Maclean Power Systems Commercial Invoice No. 610604A, dated 12 July 2006, which invoice notes that the total value of the cargo (CIF Thailand), was in the amount of $357,720.00.

Cargo of the present interest had been loaded into seven ocean containers and also attached to this report and to be considered a part thereof is a full packing list for the shipment of present interest, dated 12 July 2006, which notes the quantities of cargoes placed within each individual container.

MARINE SURVEYORS • SUPERINTENDENTS • APPRAISERS