| Remake of Insulators | Qty | *Cost Basis Unit Price* | |
|---|---|---|---|
| H211094VX10 | 566 | $235.41 | $133,242.06 |
| S178098VA09 | 9 | $ 81.94 | $     737.46 |
| B211102VX10 Assembly: consisting of: | | | |
| H211102VX10 | 24 | $267.63 | $   6,423.12 |
| S144102VZ02 | 14 | $104.10 | $   1,457.40 |
| (Prices reflect deduction for reused line post bases Value $24.53 each | | | |
| TOTAL | | | $141,860.04 |
| TOTAL AMOUNT OF CLAIM | | | $163,287.04 |

¹See invoice(s) attached.

In the opinion of the undersigned, without prejudice, Maclean Power Systems acted as a prudent insured and made every effort to mitigate the overall loss as best as possible.

ENCLOSURES

1. Thirty-two (32) photographs, captioned as follows:

    1, 2.   Crates/cargo as returned to shipper and as inspected prior to discharge

    3, 4.   Crates as inspected subsequent to return and discharge

    5-10.   Physical damages to crates as observed

    11, 12. Labeling on crates as observed

    13-18.  Cargo as inspected

    19-30.  Physical damages to insulators as observed

    31, 32. Damaged/rejected cargo and crates within dumpsters as observed on 9/12/06

2. Photostatic copy Commercial Invoice with its accompanying Packing List/Slip.

3. Photostatic copy Booking Confirmation.

4. Photostatic copy list of container damages.

5. Photostatic copy notice of claim to Advance Ocean.

*Inland Surveyors Inc.*

6. Photostatic copy Inspection of Insulators for Damages document.

7. Photostatic copy claim statement with attached invoices.

The present survey is submitted without prejudice to any party and without prejudice to any policy of insurance or to provisions of the law. The report is the best expression of the surveyor's findings. The surveyor reserves the right to amend or extend this report should additional information be made available.



Place: Chicago, Illinois   Date: 1 May 2007

Daniel H. Boltz, NAMS-CMS
Marine Surveyor

File: jprice2007625161646_CCI00331.pdf    238k



File: jprice2007625161646_1035611625_1.jpg    Size 150k



File: jprice2007625161646_1035611625_2.jpg

Size 115k



File: jprice2007625161646_1035611625_3.jpg    Size 123k