

File: jprice2007625161646_1035611625_4.jpg

Size
110k



File: jprice2007625161646_1035611625_5.jpg

Size
144k



File: jprice2007625161646_1035611625_6.jpg

Size
169k



File: jprice2007625161646_1035611625_7.jpg

Size
116k



File: jprice2007625161646_1035611625_8.jpg        Size 99k