

File: iprice2007625161646_1035611625_9.jpg

Size 56k



File: jprice2007625161646_1035611625_10.jpg        Size 91k



File: jprice2007625161646_1035611625_11.jpg       Size 149k



File: jprice2007625161646_1035611625_12.jpg

Size 120k



File: jprice2007625161646_1035611625_13.jpg                Size 153k