

File: jprice2007625161646_1035611625_14.jpg   Size 134k

File: jprice2007625161646_1035611649_1.tif   Size 67k





2.



3.



4.



5.



6.



7.



8.