


9.


10.



EGAT PLC THAILAND
BANGKRUAL NONTHABURI 11130
PROJECT. SUPPLY & CONST OF TRANSMISSION LINE
230KV KAENG KHOI-THALAN 3
TRANSMISSION SYSTEMS TO RECEIVE POWER
FROM KAENG KHOI 2. COMBINE CYCLE POWER PLANT PROJECT 2X734 MW
CONTRACT# EGAT 47-C88070-2-2-6N(49) IPP-GULF L2
VASSILIKOS-TSERI 220 KV TRANS LINE SCH.A 4

ITEM 2.52
DESCRIPTION          COMPOSITZ LINE POST INSULATOR
GROSS WEIGHT          465        KG
NET WEIGHT            311        KG
DIMS CMS             307X107X74  CM

11.



Catalog
H211094VX10                     Code Date   0606

Description
FLAT/DROP TONGUE

907671          QTY 8

Made in U.S.A.
MACLEAN POWER SYSTEMS
Reliable Power Products
5411 Addison St, Franklin Park, IL 60131 USA

12.



13.



14.



15.



16.



17.



18.