

19.



20.



21.



22.



23.



24.



25.



26.



27.



28.