

29.



30.



31.



32.



*Inland Surveyors Inc.*

OFFICES IN MILWAUKEE AND CHICAGO

P.O. BOX 8289
1741 COLONIAL LANE
NORTHFIELD, IL 60093-8289

Telephone: 312-329-9881

May 1, 2007

Mr. Ben A. Lombardi
Great American Insurance Cos.
65 Broadway, 20th Floor
New York, NY 10006

Our File No. C 14347-06 DHB
Your File No. 976-519084

Maclean Power Systems
Derailment - 6 Containers

| | |
|---|---|
| SURVEYOR'S FEE & REPORT (15.5 hrs.) | $1,240.00 |
| ADMINISTRATIVE COST (5.8 hrs.) | 290.00 |
| AUTOMOBILE EXPENSE (4 Trips) | 160.00 |
| L.D. TELEPHONE/FAX | 8.00 |
| PHOTOGRAPHS | 48.00 |
| TOTAL | $1,746.00 |

(Please attach duplicate invoice with your remittance)
FEIN 39-1792610
Thank You

MARINE SURVEYORS • SUPERINTENDENTS • APPRAISERS



MACLEAN POWER SYSTEMS
A MacLean-Fogg Company
11411 Addison Street
Franklin Park Illinois 60131

COMMERCIAL INVOICES

| Remit To: MacLean Power Systems | 610604A |
|---|---|
| c/o Bank of America, Chicago Illinois | • |
| Account: 86867-02573 | • |
| Swift Nr : BOFAUS46 | • |
| ABA Nr : 071000039 | • |
| TELEX : 025233 | • |

**Ship To:**
Name: EGAT PUBLIC CO. LTD.
Address: 53 MOO 2 CHARANSANITWONG RD.
BANG KRUAI
NONTHABURI 11130
THAILAND

| Date | July 12, 2006 |
|---|---|
| Carrier | • |
| B/L No. | F5962 |
| Freight terms | CIF THAILAND |
| Payment terms | LETTER OF CREDIT |

**Sold To:** THAI ELECTRIC DEVELOPMENT
ASSOC. CO. LTD.
282/362-374 CHARANSANITWONG
BANGPLAD, BANGKOK
THAILAND 10700

| CUSTOMER PO | CP0601/04 (F) |
|---|---|
| | • |
| | • |
| | • |
| | • |

| Qty | Description | Unit Price (U.S. D.) | TOTAL IN U.S. DOLLARS |
|---|---|---|---|
| | ISBN NO:    8548.90.00.00 | | |
| 747 | H211094VX10 INSULATORS | $ 340.00 | $ 253,980.00 |
| 210 | S176098VA09 SUSPENSION INSULATORS | $ 120.00 | $ 25,200.00 |
| 165 | B211102VX10 INSULATORS | $ 476.00 | $ 78,540.00 |
| 5 | H211094VX10 INSULATORS (SPARES ONLY - | $ - | N/C. |
| 0 | NO CHARGE TO CUSTOMER) | $ - | $ - |
| 0 | • | $ - | $ - |
| 0 | • | $ - | $ - |
| 0 | • | $ - | $ - |
| 0 | • | $ - | $ - |
| 0 | • | $ - | $ - |
| 0 | • | $ - | $ - |
| 0 | • | $ - | $ - |
| 0 | • | $ - | $ - |
| 0 | • | $ - | $ - |
| 0 | • | $ - | $ - |
| 0 | • | $ - | $ - |
| 0 | • | $ - | $ - |
| 0 | • | $ - | $ - |
| 0 | • | $ - | $ - |
| 0 | • | $ - | $ - |
| 0 | • | $ - | $ - |
| 0 | • | $ - | $ - |

These commodities, technologies, or software were exported from
the United States in accordance with the export administration
regulations. Diversion contrary to U.S. law prohibited.

| TOTAL | $ 357,720.00 |
|---|---|
| FREIGHT TERMS | CIF THAILAND |

We certify that our pallets are made
of non-coniferous hardwood, are insect and
bark free with a moisture content less than 20%

Signature    *Judy Toltzman*



# MACLEAN POWER SYSTEMS

A MacLean-Fogg company

Reliable – Bethea – Continental – Hydrocom - Precision

CLAIM LETTER

August 16, 2006

Advance Ocean
Attn Tracy
8232 Garvey Ave., Suite 201
Rosemead CA 91770
USA

Fax 626-571-6568

Re: Notice of Formal Claim
Booking No.  LAXBKK3453
Carrier Booking No.  BOIC9613

Dear Tracy
This is notice of claim for loss and/ or damage sustained by the above referenced shipment.  The total value of the 6 containers is $317,260.00.  The amount of the claim is yet to be determined as we are in the process of sorting the material we have received so far.
Nearly 1 month after the derailment we have not yet received the remaining 3 containers.  Due to urgent time constraints we will soon be forced to re-make the contents of the 3 remaining containers.  We will assume the material on those 3 containers to be a total loss and will file a claim accordingly.  It is therefore critical that the return of 3 remaining containers be expedited, via truck if necessary.

Thank you for your cooperation.

Sincerely,

Judy Toltzman
Transportation Supervisor

11411 ADDISON STREET – FRANKLIN PARK, IL 60131-1130 U.S.A. – TELEPHONE (847) 455-0014 – FAX (847) 455-0029