

## ADVANCE OCEAN, INC.
8232 GARVEY AVE, SUITE 201, ROSEMEAD, CA 91770 - U.S.A
Tel: 626-571-1988 Fax: 626-571-6568
Email: info@aoila.com

Total Pages: _____

# BOOKING CONFIRMATION

Revised On: 07/10/2006
By: TRACY / EXT#115

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
0 0 0 0 3 4 5 3

**BOOKING DATE:**    06/12/2006

SHIPPER:  BERARDINO & ASSOCIATES, INC.
188 INDUSTRIAL DRIVE SUITE 427
ELMHURST, IL 60126
Tel: 630-834-2670   Fax 630-834-2696   Attn: BOB MOHN

NOTIFY PARTY:

**OUR BK #:** LAXBKK3453
**CARRIER:** NIPPON YUSEN KAISHA
**CARRIER BK#:** BOIC9613

**EXPORT REF#:** 0607TMN058
**YOUR REF#:**

**VESSEL/VOY:** NYK PHOENIX V 18
**RECEIPT:** CHICAGO, IL., U.S.A
**LOADING:** LOS ANGELES, CA
**DISCHARGE:** BANGKOK

**DESTINATION:** BANGKOK
**CUT-OFF DATE:** 07/17/2006 04:00 PM
**E.T.D. DATE:** 07/25/2006
**E.T.A. DATE:** 08/15/2006

*DESCRIPTION AS DESCRIBED BY YOU...*
**COMMODITY:** INSULATOR

**NO. OF PKGS:**
**MEASUREMENT:** 0 CBM          0 CFT
**WEIGHT:** 0 kgs          0 lbs
**CONTAINER TYPE:** 7 x 40

**PICKUP AT:** JOLIET LOGISTICS PARK
**RECEIVING TERMINAL:** JOLIET LOGISTICS PARK
26664 SOUTH BASELINE ROAD
ELWOOD, IL 60421
Tel: 815-424-2200

*NYK:*
*Get & go back*
*630.435.7853*
*RAIL*

REMARKS: PLS USE CARRIER BOOKING# BOIC9613 FOR PICK UP AND RETURN.
NYK JUST ADVISED ME THAT THE EARLIER DATE TO RETURN LOAD
CONTAINERS BACK TO RAMP IS ON 6/30 WHICH IS 72 HOURS PRIOR
TO CUT OFF DATE.    *7/14*

NOTE: * SHIPPER'S "EXPORT DECLARATION" REQUIRES THREE DAYS PRIOR TO VESSEL SAILING.
1. PLEASE DELIVER THE CARGO TO OUR RECEIVING TERMINAL BEFORE THE CUT-OFF DATE.
2. PLEASE ADVISE YOUR CARRIER BOOKING NUMBER TO RECEIVING TERMINAL UPON DELIVERY OF THE SHIPMENT.

*Thank you for using our service!*

Copyright 2005 by Acrobase. All rights reserved. For questions about our cargo management software, please call 714-467-5460 or visit www.acrobase.com

ADVANCE OCEAN INC.

07/10/2006 12.14:42 Page 1 of 1

PAGE 01/01



# NYK LINE (NORTH AMERICA) INC.

TO: TRACY
FROM: LISA

## B O O K I N G   F A X   C O N F I R M A T I O N

12:  :19

BOOKING NUMBER: BOI C 9613
BOOKED BY: SHPR.
SHIPPER: ADVANCE OCEAN INC.
SHIPPER REF#:

DATE BOOKED: 6/09/06
NYK BOOKING REP: LISA
FORWARDER: SAME

### CARGO ROUTING INFORMATION

VESSEL: NYK PHOENIX
MOVE TYPE: CY / CY                          VOYAGE: 18
CONTAINER PICK UP PLACE: JOLIET LOGISTICS PARK
                         26664 SOUTH BASELINE ROAD
                         ELWOOD IL 60421

DATE TO PICK UP:        6/12/06
NYK PLACE OF RECEIPT: JOLIET LOGISTICS PARK          CUTOFF DATE:  0/00/00
                      26664 SOUTH BASELINE ROAD
                      ELWOOD IL 60421

LOAD: LOS ANGELES, CA          DISCH: LAEM CHABANG, THAILA   P O D: LAT KRABANG   THAILAN
ETD:  7/25/06                  ETA:  0/00/00                 E T A:  0/00/00

### BOOKED CARGO INFORMATION

NO. OF CONTAINERS:  7   SIZE:  40   TYPE: DRY
COMMODITY:INSULATOR
HAZARDOUS CARGO Y/N: N                CARGO WEIGHT   133 KTS
                                      OVERDIMENSIONAL CARGO Y/N: N

### OTHER BOOKING INFORMATION

B/L ISSUE OFFICE: BOISE
EX-DEC SBMT OFFICE:                    B/L SUBMT OFFICE: BOISE

### NYK COMMENTS:

BKING HAS BEEN ROLLED PER YOUR REQUEST

THANK YOU FOR SHIPPING WITH
NYK LINE:   (888)-695-7447

NYK ACCEPTS THE INFORMATION YOU HAVE PROVIDED AND ITS ACCURACY.  SHOULD ANY ERROR  I
DETECTED IN THIS FAX DOCUMENT, PLEASE NOTIFY US IMMEDIATELY SO WE MAY ARRANGE FOR
CORRECTIONS.

## DECLARATION OF SERVICE BY U.S. MAIL

I hereby declare under the penalty of perjury as prescribed in 28 U.S.C. Sec.

1746, that a true and correct copy of the

### INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)

was served on January 21, 2008, via U. S. First Class Mail by depositing same at

an official depository of the U.S. Postal Service in a postage prepaid sealed

envelope addressed to:

LANDMAN CORSI BALLAINE & FORD, ESQS.
120 Broadway, 27th Floor
New York, NY 10271
Attn: Arjay G. Yao, Esq.

JUNGE & MELE, ESQS.
29 Broadway
New York, NY 10006
Attn: Peter A. Junge, Esq.


Executed at:  Hicksville, New York
              January 21, 2008


*michele J. Jacobsen*